UNITED STATES of America,
Plaintiff–Appellee,

v.

Karole D. BURTON, Defendant–
Appellant.

No. 06–50684
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Feb. 16, 2007.

Joseph H. Gay, Jr., Assistant U.S. At-
torney, U.S. Attorney's Office, Western
District of Texas, San Antonio, TX, for
Plaintiff–Appellee.

Karole D. Burton, Houston, TX, pro se.

Before KING, HIGGINBOTHAM, and
GARZA, Circuit Judges.

PER CURIAM: *

Karole D. Burton, formerly federal pris-
oner # 03618–180, seeks a certificate of

---

appealability to challenge the district court's denial of her 28 U.S.C. § 2255 motion. She also seeks leave to proceed in forma pauperis (IFP).

In her § 2255 motion Burton challenged the one-year prison term that the district court imposed after revoking the supervised release that she was serving for her conviction of theft of government property, in violation of 18 U.S.C. § 641.

To obtain a COA, Burton must make a substantial showing of the denial of a constitutional right. *See* § 2253(c)(2); *Miller-El v. Cockrell,* 537 U.S. 322, 336, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003). During the pendency of this appeal, Burton was released from prison. Burton's claims have been rendered moot by her release. *See Spencer v. Kemna,* 523 U.S. 1, 7, 118 S.Ct. 978, 140 L.Ed.2d 43 (1998); *Bailey v. Southerland,* 821 F.2d 277, 278–79 (5th Cir.1987). Therefore, this appeal is DISMISSED AS MOOT. COA and IFP are DENIED AS MOOT.

* Pursuant to 5TH CIR. R. 47.5, the court has     determined that this opinion should not be